FRANK LANE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Lane* v. *N. Y. C. & H. R. R. R. Co.*, 112 App. Div. 904, affirmed.
(Argued April 22, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 25, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Henry Purcell* for appellant.

*N. F. Breen* for respondent.

Judgment affirmed, with costs, on authority of *McCoy* v. *N. Y. C. & H. R. R. R. Co.* (185 N. Y. 276); no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Not sitting: GRAY, J. Absent: HISCOCK, J.